UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,  **ORDER**

   - against -  2:14-cr-403-GRB-SIL-1
                                  2:21-cv-5769-GRB
SOFIA ATIAS,

                  Defendant.
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

   - against -
                                 2:14-cr-403-GRB-SIL-2
JOSEPH ATIAS,  2:21-cv-5785-GRB

                  Defendant.
-----------------------------------------------------------------X

**FILED CLERK**
1:24 pm, Nov 14, 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

Defendants Sofia Atias and Joseph Atias having filed an appeal from the Order dated September 20, 2022, denying their 28 U.S.C. § 2255 motions to vacate, the Court declines to issue a certificate of appealability because there has been no "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); see *Matthews v. United States*, 682 F. 3d 180, 185 (2d Cir. 2012). The Court also finds, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the denial of this motion would not be taken in good faith, and therefore in forma pauperis status is denied for purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 91962); see *Feliz v. United States*, 2002 WL 1964347, at *7 (S.D.N.Y. 2002).

Dated: Central Islip, New York           s/ Gary R. Brown
       November 14, 2022               Gary R. Brown
                                                   United States District Judge